FILED
United States Court of Appeals
Tenth Circuit

June 23, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| MARQUAN TEETZ, as next friend and personal representative of the Estate of Cedric Lofton, deceased,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JASON STEPIEN; BRENTON NEWBY; KAREN CONKLIN; WILLIAM BUCKNER; BENITO MENDOZA,<br><br>    Defendants - Appellants,<br><br>and<br><br>THE BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY, KANSAS; CITY OF WICHITA, KANSAS; RYAN O'HARE; JOHN ESAU; JORDAN CLAYTON; CORY BENNETT; TONY SUPANCIC; AMANDA DARROW; JOHN KNOLLA,<br><br>    Defendants. | No. 24-3153<br>(D.C. No. 6:22-CV-01134-EFM)<br>(D. Kan.) |

_____

**JUDGMENT**
_____

Before **McHUGH**, **EID**, and **FEDERICO**, Circuit Judges.
_____

This case originated in the United States District Court for the District of Kansas and was argued by counsel.

The judgment of that court is affirmed. The case is remanded to the United States District Court for the District of Kansas for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk